**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| REFUGIO ARIEL BORBON,<br><br>        Petitioner,<br><br>   v.<br><br>DOMINGO URIBE, JR., Warden,<br><br>        Respondent. | NO. ED CV 09-319-GAF(E)<br><br><br><br>JUDGMENT |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: June 16, 2009

                                            /s/ Gary Feess
                                _____
                                        GARY A. FEESS
                                UNITED STATES DISTRICT JUDGE